### JAMES M. MUNRO v. ANNA L. EDWARDS.

[See 86 Mich. 91.]

*Contract for sale of land—Specific performance—Right of possession.*

Upon a rehearing of this case, the decree ordered on the first hearing is modified so as to entitle the complainant to the possession of the land upon payment, within 60 days from July 28, 1891, of the balance of the purchase price, less the amount of the mortgage, the payment of which he assumed, with interest from said date.

Appeal from Wayne. (Hosmer, J.) Reargued July 2, 1881. Decided July 28, 1891.

Bill for the specific performance of a contract for the sale of land. Decree ordered on former hearing modified as stated in head-note. The facts are stated in the former opinion.

*Haug & Yerkes,* for complainant.

*Alex. D. Fowler,* for defendant.

McGRATH, J. The question as to whether or not complainant is entitled to possession under the contract before the payment of the balance of the purchase price

is not free from doubt, but on rehearing complainant proffers payment of such balance, and I think that the decree heretofore ordered by this Court may be so far modified as to entitle complainant to possession upon payment, within 60 days from the date hereof, of the balance of said purchase price, less the amount of the mortgage upon said premises, with interest from the date hereof.

MORSE, LONG, and GRANT, JJ., concurred.